**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 14-0478-CG-N** |
| | ) | |
| **EMPLOYEES' RETIREMENT SYSTEMS OF ALABAMA, et al.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

This cause is before the Court on the parties' Joint Motion to Dismiss filed on December 7, 2016 (Doc. 4).

Because the parties represent that the Defendants have satisfactorily completed all of their obligations set out in the Consent Decree, and jointly request that the Consent Decree entered on October 14, 2014 (Doc. 3) be dismissed in its entirety with prejudice, the motion to dismiss is **GRANTED**. Accordingly, this action hereby is **DISMISSED with prejudice**. Each party shall bear its own costs and attorneys' fees.

Since this matter was closed for statistical purposes, the Clerk of Court is directed to re-open the case, and submit a JS-6 to the Administrative Office, indicating that this case is closed pursuant to this Order.

**DONE and ORDERED** this 8th day of December, 2016

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE.